ANDREA DOBIN, CHAPTER 7 TRUSTEE
McMANIMON, SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070

NOTICE TO UNITED STATES TRUSTEE
CHANGE OF NO-ASSET CHAPTER 7 CASE TO
ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 Case should be designated as an Asset Chapter 7 Case:

NAME OF CASE:     Nyrline Nicholas-Paul

CASE NUMBER:     20-17713(KCF)

AMOUNT OF FUNDS ON HAND:

If there are no funds on hand but assets that will produce funds for this estate, indicate actual or estimated value of the assets:

ACTUAL VALUE:     $     unknown

ESTIMATED VALUE: $     unknown

Other Information Relating to State of Case:     Recovery of funds.

TRUSTEE:     /s/ Andrea Dobin

DATE:

4832-2202-5751, v. 1