| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **McManimon, Scotland & Baumann, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 681-7979<br>Joseph R. Zapata, Jr.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* |

| | |
|---|---|
| In re:<br><br>NYRLINE NICOLAS-PAUL,<br><br>                Debtor. | Case No. 20-17713 (CMG)<br><br>Chapter 7<br><br>The Honorable Christine M. Gravelle |

## CERTIFICATION OF CONSENT REGARDING EXTENDING TIME TO OBJECT TO THE DEBTOR'S DISCHARGE

      I certify that with respect to the Consent Order Extending Time to Object to the Debtor's Discharge submitted to the Court, the following conditions have been met:

(a)    The terms of the Consent Order are identical to those set forth in the original Consent Order;

(b)    The signatures represented by the /s/ Joseph R. Zapata, Jr. and /s/ Nicholas Fitzgerald on the Consent Order reference the signatures of consenting parties obtained on the original consent order;

(c)    I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding;

(d)    I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the Order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the Order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use

of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

| | |
|---|---|
| Dated: November 16, 2020 | By _____*/s/ Joseph R. Zapata, Jr.*_____<br>JOSEPH R. ZAPATA, JR. |