**Fill in this information to identify your case and this filing:**

Debtor 1: Nyrline Nicolas-Paul
(First Name    Middle Name    Last Name)

Debtor 2:
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number (if know): 20-17713

☑ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

   **1.1**  59 Edge Lane
   Street address, if available, or other description

   Willingboro    NJ    08046
   City    State    ZIP Code

   Burlington County
   Country

   What is the property? Check all that apply
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other_____

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

   Current value of the entire property?    Current value of the portion you own?
   $ 170,000.00    $ 85,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   Fee simple

   ☐ Check if this is community property

   **1.2**  Property in Haiti
   Street address, if available, or other description

   What is the property? Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other_____

   Who has an interest in the property? Check one
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

   Current value of the entire property?    Current value of the portion you own?
   $ Unknown    $ 0.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   Fee simple

   ☐ Check if this is community property

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................................................➤ $85,000.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - [ ] No
   - [x] Yes

   3.1  Make: BMW
        Model: 328i XDrive
        Year: 2016
        Approximate mileage: 25000
        Other information:
        Condition: Fair;

   Who has an interest in the property? Check one
   - [x] Debtor 1 only
   - [ ] Debtor 2 only
   - [ ] Debtor 1 and Debtor 2 only
   - [ ] At least one of the debtors and another

   - [ ] Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

   Current value of the entire property?  $ 14,313.00
   Current value of the portion you own?  $ 14,313.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - [x] No
   - [ ] Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........➔  $14,313.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - [ ] No
   - [x] Yes. Describe...

   living room set, bedroom set, table, chairs           $ 600.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - [ ] No
   - [x] Yes. Describe...

   television, laptop, ipad                              $ 4,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - [x] No
   - [ ] Yes. Describe...

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - [x] No
   - [ ] Yes. Describe...

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - [x] No
    - [ ] Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Used clothing | $ 350.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | earrings, & bracelet | $ 1,000.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ➝ $5,950.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes............................................................................................................ Cash .......................... $ 8.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes...................    Institution name:

    17.1. Checking account:    Bank of America                     $ 630.00

    17.2. Checking account:    South Jersey Federal Credit Union   $ 315.00

    17.3. Savings account:     Valley National Bank                $ 500.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them...........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately

    Type of account          Institution name
    Pension plan:            State of New Jersey                                              $ 25,000.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    |  | |
    |---|---|
    | Federal: | $ 0.00 |
    | State: | $ 0.00 |
    | Local: | $ 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value....

    Company name:                              Beneficiary:              Surrender or refund value:

    Primerica                                  Yvonne Franzius           $ 0.00

32. Any interest in property that is due you from someone who has died
    - ☑ No
    - ☐ Yes. Give specific information....

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
    - ☑ No
    - ☐ Yes. Give specific information....

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
    - ☑ No
    - ☐ Yes. Give specific information....

35. Any financial assets you did not already list
    - ☑ No
    - ☐ Yes. Give specific information...

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................➤  $26,453.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any business-related property?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information...

54. Add the dollar value of all of your entries from Part 7. Write that number here ................➤  $0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2................➤  $85,000.00
56. Part 2: Total vehicles, line 5              $ 14,313.00
57. Part 3: Total personal and household items, line 15    $ 5,950.00
58. Part 4: Total financial assets, line 36     $ 26,453.00
59. Part 5: Total business-related property, line 45    $ 0.00
60. Part 6: Total farm- and fishing-related property, line 52   $ 0.00
61. Part 7: Total other property not listed, line 54    + $ 0.00
62. Total personal property. Add lines 56 through 61 ............  $ 46,716.00    Copy personal property total ➤  + $ 46,716.00
63. Total of all property on Schedule A/B. Add line 55 + line 62    $ 131,716.00

Nicholas Fitzgerald, Esq. NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Counsel for Debtor
Email: nickfitz.law@gmail.com
(201) 533-1100

---

Attorney for Debtor -- I.D. # NF/6129

United States Bankruptcy Court
District of New Jersey -- Trenton
----------------------------------X
In re:

    Nyrline Nicolas-Paul

                      **Chapter 7**

                              Case # 20-17713-CMB
                              Date Case Filed: June 19, 2020

Debtor
----------------------------------X

## AMENDED SCHEDULE A/B

Addition of Real Property Owned -- Property in Haiti

Part 1:

1. Real Estate owned in Haiti. Building Not Complete.

    See attached exhibit for Location of Property

    Fee Simple

    Current Value of Property: Unknown

    Debtor is 100% Owner.

    No liens on the property.

Under penalty of perjury, I declare that I have read this amended schedule and that it is true and correct.

Executed on 11-04-2020

*Nyrline Nicolas-Paul*
Nyrline Nicolas-Paul
Debtor

*Nicholas Fitzgerald*
Nicholas Fitzgerald, Esq.
Debtor's Counsel

**Exhibit -- Copy of Deed & Translation of Deed**

**Première Expédition**                                    **REPUBLIQUE D'HAITI**



Une Gourde cinquante centimes

H14 094177

L'an deux mille dix-neuf an 216ème de l'indépendance et le 28 Mars. Je, **Pierre Bien-Aimé**, Arpenteur Public pour la Juridiction des Gonaïves identifié, patenté – imposé aux Nos : 004-066-925-8 3542320 et 3541391. Pour le présent exercice.

Certifie qu'à la réquisition qui nous a été faite par les héritiers **Mesiana Pierre Noel** à savoir Charles Prospère, Martial Prospère propriétaires demeurant et domiciliés à Desronvilles, identifiés aux Nos. 05-01-99-1956-03-00027 et 002-901-9, appert acte de notoriété qui a été faite et rédigé par Me. Remus Régis, notaire public en la résidence des Gonaïves, sous la date du 21 mai 2015

Je me suis expressément transporté sur l'habitation Desronvilles, située à la première Section Commune des Gonaïves, dans le but d'arpenter, borner, lever le plan géométral et figuratif et de rédiger le procès-verbal d'arpentage d'un emplacement vide – mesurant une superficie de 541ms$^2$ 44dms$^2$, que mes requérants ont vendu de la dame **Yrline Nicolas Paul** propriétaire demeurant aux Etats-Unis, New Jersey et domicilié aux Gonaïves, identifié au No: N41176000052752. Les vendeurs disposent de ce terrain sur une plus grande quantité de trois carreaux et demi par droit d'héritage de leur feue mère Mesiana Pierre Noel décédée, qui, en fut propriétaire de leur feue père Dorival Pierre Noel, Duquella Pierre Noel, Berama Danastor, ses co-héritiers par droits d'héritage de leur feu père Florival Pierre Noel décédé depuis plus de 40 ans.

Au moment de l'opération étant accompagné de l'acquéreuse, les vendeurs, les voisins limitrophes cités et de divers assistants de l'endroit. Installant ma boussole après avoir observé la variation la variation magnétique du Nord vrai. – J'ai instrumenté comme suit: **AB**- Sud 15 mètres Ruelle, **BC**- Ouest 29 mètres, **CD**- Nord 18m60 et **DA** comme fermeture par 18m60. Il résulte que le terrain compris entre les lettres A-B-C-D renferme 541m$^2$ 44dm$^2$. Bornée au Nord par Herode Charles, au Sud par qui de droit, à l'Est par une ruelle et à l'Ouest par héritiers Pierre Noel. Fais et clos ce présent procès-verbal les mois, jour et an que dessus.

Enregistré aux Gonaïves le 25 Avril 2019, folio 222 case 1179 du registre M#82 des actes civils.

Transcrit aux Gonaïves le 25 Avril 2019, folios 298-299 au No: 199 du registre A#147 des actes civils

Le conservateur Charlemagne Gustave

Collationné

Pour copie conforme

Pierre Bien-Aimé, Arpenteur public.

Hérode Charles

ruelle

D

Hts Pierre Noël

La dame Nyrline Nicolas Paul
541 m² 44 dm²

C

qui de droit

# Republic of Haiti

## H14 094177

The year two thousand nineteen year 216th of independence and March 28. I, **Pierre Bien-Aime**. Public surveyor for the **jurisdiction** of Gonaives identified, patented - imposed to the numbers : 004-066-925-8 3542320. For the present exercise.

Certify that to the requisition which had made to us by the heirs of **Mesiana Pierre Noel** knowing Charles Prospere, Martial Prospere proprietors residing and domiciled in Desronvilles, identified to the numbers 05-01-99-1956-03-00027 and 002-901-9, appertaining the act of notoriety which has been made and redacted by Mr. Remus Regis, notary public in the residence of Gonaives, under the date of 21th of May 2015.

I have expressly transported myself to the location in Desronvilles situated in the first communal section of Gonaives, for the sole purpose of surveying, bordering raise the geometrical and figurative and to edit the written report of proceedings surveying of a vacant lot - measuring a surface of 541ms2 44dms2, that my petionnershave sold to Mrs.Nyrline Nicolas-Paul proprietor residing in the United States, New Jersey and domiciled in Gonaives, identified to the number: N41176000052752. The sellers dispose of this lot on much greater quantity of three hectares and a half by right of inheritance by a gift from their motherMesiana Pierre deceased, who, was proprietor through a

gift their father Dorival Noel, Duquella Pierre Noel, Berama Danastor, their co-inheritants by rights of inheritance through a gift from father Florival Pierre Noel, deceased for more than 40 years.

At the moment of operation having accompanied of the acquirer, the sellers, the neighboring villages and diverses assistants of the place.Installing my compass after having observed the magnetic variation of true North. I have instrumented as following: **AB-** South 15 meters Street, West 29 meters, **CD- North** 18m60 and **DA** as closure by 18m60. It results that the lot included between the letters **A-B-C-D** enclosed 541m2 44dm2. Bounded to the North Herode Charles, to the South by whom has the right, to the East by a small street and to the West by inheritant Pierre Noel. Making the closure the present the dossier the months day and year that above.

Registered in Gonaives on April 25, 2019, folio 222 case of register M#82 of civil act.

Transcribed in Gonaives on April 25, 2019, folio 298-299 to Number: 199 of register A#147 of civil act

The conservator Charlemagne Gustave

Collated

For conformed copy

Pierre Bien-Aime, Public surveyor

**Fill in this information to identify your case:**

| Debtor 1 | Nyrline | | Nicolas-Paul |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number   20-17713-CMG
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules             12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Nyrline Nicolas-Paul* X _____
Signature of Debtor 1                Signature of Debtor 2

Date 11/04/2020                      Date _____
    MM / DD / YYYY                       MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Nyrline | Nicolas-Paul | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number: 20-17713
(If known)

☑ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................. $85,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* .................................. $46,716.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................... $131,716.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $171,865.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................. $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ......................... + $75,384.00

   **Your total liabilities** $247,249.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................. $2,671.74

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ........................................ $2,663.00

Debtor 1  Nyrline    Nicolas-Paul
         First Name    Middle Name    Last Name

Case number (if known) 20-17713

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☑ Yes

7. **What kind of debt do you have?**

    ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

    $ 5,411.25

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |